# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>APRIL MCKINNEY | No. 1:23-cr-00075-JAW |

**GOVERNMENT SENTENCING MEMORANDUM**

The government, by and through its undersigned attorney, files the following memorandum to assist the Court at sentencing.

The PSR in this case is robust and uncontested. Therefore, the government consigns itself to the following comments bearing mostly on the 3553(a) factors relating to the facts and circumstances of the offense and the related history of the defendant.

Some factors clearly weigh in the defendant's favor. These include her acceptance of responsibility and her payment of restitution in full to the clerk in anticipation of the Court's order of judgement. This restitution includes all known and verified losses to the MaineCare system.

Some facts are more ambiguous. The defendant has also agreed to surrender her counselling license. This can be seen as a form of punishment, but the effect of that punishment is somewhat diminished by the fact that the defendant had already transitioned away from clinical work, and her current job does not, apparently, require a license. Still, this lack of licensure could affect her future employment prospects.

But the Court must also consider the aggravating factors in this case. These include that the defendant created false patient records for two patients—a mother and daughter—breaching her duties of trust to her patients, the agency she was affiliated with, and MaineCare. In addition, while the defendant has accepted responsibility, she

1

was not forthcoming with the licensure board in her materials submitted in November of 2021 resulting in the February 2022 consent decree. The materiality of these obfuscations and omissions is reflected in the current surrender of her license resulting from the more fulsome admissions, relating to that same conduct, in this case. *See* Revised PSR, ¶ 37A.

Finally, the defendant committed the crime of conviction for the apparent purpose of obtaining public monies to which she was not otherwise entitled. Accordingly, and in light of the above, a fine and a term of imprisonment within the guideline range is fully appropriate.

Dated: January 17, 2024

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

BY: /s/ CHRIS RUGE
CHRIS RUGE
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04401
(207) 945-0373
Chris.ruge@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2024, I electronically filed **Government Sentencing Memorandum** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Julia G. Pitney, Esq.

                                       DARCIE N. MCELWEE
                                       United States Attorney

                                       BY: /s/ Chris Ruge
                                       Chris Ruge
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       202 Harlow Street
                                       Bangor, Maine 04401
                                       (207) 945-0373
                                       Chris.ruge@usdoj.gov